UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       :
                                :
        v.                      :   Crim. Action No. 98-0398-02
                                :                   (JR)
KEVIN COBBS,                    :
                                :
        Defendant.              :

### ORDER

The report and recommendation of Magistrate Judge Facciola filed 9/13/05 [#148] is **approved and so ordered**. Defendant's supervised release is revoked, and he is sentenced to a term of imprisonment of 4 months. 18 U.S.C. § 3583(g)(1). Upon his release, he shall be on supervised release for two years. The conditions of his supervised release shall be the same as those of the supervised release that has just been revoked. Absent objection from the United States received within 5 days of this order, defendant shall be permitted to surrender voluntarily. Until he is designated and ordered to a place of incarceration, the conditions of his release remain as they have been.

_____
JAMES ROBERTSON
United States District Judge